of a man so drunk that he was unaware of what he was doing. An examination of the trial record reveals no support for the contention that the defendant was intoxicated at the time of the robbery. On the basis of the evidence adduced at trial, it is clear that the trial judge properly instructed the jury.

The judgment of the Circuit Court is therefore affirmed.

Judgment affirmed.

ADESKO, P. J., and DIERINGER, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EUGENE ADAMS *et al.,* Defendants-Appellants.

(Nos. 54479-54490 cons.;

First District—March 22, 1971.

Opinion by Mr. JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, (Mary Cahill and James J. Doherty, Assistant Public Defenders, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Paul P. Biebel, Jr., Assistant State's Attorneys, of counsel,) for the People.